UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Matthew Lawrence Jones, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Wal-Mart, ) | No. 4:11-CV-174-BR |
| Christopher Michael Hooper, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' motion to dismiss is ALLOWED. The complaint is DISMISSED WITH PREJUDICE.

**This judgment filed and entered on July 16, 2012, and served on:**

Angela B. Cummings (via CM/ECF Notice of Electronic Filing)
Ryan Robert Crosswell (via CM/ECF Notice of Electronic Filing)
Matthew Lawrence Jones (via US Mail at 205 Poplar Road, Havelock, NC 28532)

July 16, 2012  /s/ Julie A. Richards,
Clerk of Court